IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH

        Plaintiff,

    v.

VARIAN MEDICAL SYSTEMS, INC.,

        Defendant.

Case 2:07-cv-00491-AJS

Judge Arthur J. Schwab

**Filed Electronically**

**DECLARATION OF SHANNON M. CLOUGHERTY REGARDING THE FILING OF VARIAN'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR LACK OF STANDING, OR IN THE ALTERNATIVE, MOTION FOR A PRELIMINARY HEARING ON THE ISSUE OF STANDING**

Varian filed its Motion for Leave to File Reply Memorandum in Support of its Motion for Summary Judgment on the Issue of Standing, or, in the Alternative, Motion for Preliminary Hearing on the Issue of Standing, under seal on December 13, 2007. The proposed Order of Court was inadvertently excluded from the Motion. To determine how to remedy the situation, the undersigned initiated a telephone conversation with the court's filing clerk at 8:45 a.m. this morning. At the clerk's request, the undersigned had a copy of the proposed Order of Court hand-delivered to the clerk at approximately 9:30 a.m. this morning. Although the proposed Order of Court was hand-delivered at that time, the Court apparently did not see it prior to the Court's issuance of the order denying without prejudice due to failure to attach a proposed order. Therefore, Varian has re-filed its Motion for Leave to File Reply Memorandum in Support of its Motion for Summary

Judgment on the Issue of Standing, or, in the Alternative, Motion for Preliminary Hearing

on the Issue of Standing (under seal) on this date.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/  Shannon M. Clougherty_
William L. Anthony, Jr. (admitted *pro hac vice*) (CA 106908)
Matthew H. Poppe (admitted *pro hac vice*) (CA 177854)
Zheng (Jen) Liu (admitted *pro hac vice*) (CA 229311)
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400
(650) 614-7401 (fax)
wanthony@orrick.com
mpoppe@orrick.com
jenliu@orrick.com

PICADIO SNEATH MILLER & NORTON, P.C.

Henry M. Sneath, Esquire
hsneath@psmn.com
Pa. I.D. No. 40559
Shannon M. Clougherty, Esquire
sclougherty@psmn.com
Pa. I.D. No. 88586
600 Grant Street, Suite 4710
Pittsburgh, PA 15219
(412) 288-4000 [T]
(412) 288-2405 [F]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **DECLARATION OF SHANNON M. CLOUGHERTY REGARDING THE FILING OF VARIAN'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR LACK OF STANDING, OR IN THE ALTERNATIVE, MOTION FOR A PRELIMINARY HEARING ON THE ISSUE OF STANDING**

was served upon all parties either individually or through counsel via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_X\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  December 14, 2007                    /s/ *Shannon M. Clougherty*_____
                                                          Shannon M. Clougherty