IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH | Case 2:07-cv-00491-AJS |
| Plaintiff, | |
| v. | Judge Arthur J. Schwab |
| VARIAN MEDICAL SYSTEMS, INC., | **Electronically Filed** |
| Defendant. | |

## MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND/OR 35 U.S.C. § 285

Defendant Varian Medical Systems, Inc. ("Varian") moves this Court to grant its Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure and/or 35 U.S.C. § 285. As set forth in greater detail in the accompanying memorandum, Plaintiff University of Pittsburgh ("UPitt") and its counsel, Morgan, Lewis & Bockius LLP ("MLB"), should have known at the time of filing UPitt's Complaint, and if not prior to filing the Complaint then at a later time as discovery progressed and motions were filed, that the allegations in the Complaint regarding UPitt's ownership and Varian's infringement of United States Patent Nos. 5,727,554 and 5,784,431 were unwarranted by existing law or by a non-frivolous argument for the extension, modification or reversal of existing law or the establishment of new law, and they had no evidentiary support, in violation of Rule 11(b)(2) and (b)(3). In addition, UPitt and MLB filed and pursued the Complaint and other papers in this action for improper purposes in violation of Rule 11(b)(1), namely to impose expense and burden on Varian in the hopes of pressuring Varian into agreeing to an unwarranted license with respect to the patents-in-suit, and for other purposes of delay, obfuscation, and harassment.

In compliance with Rule 11(c)(1)(A), Varian served UPitt and MLB with a copy of Varian's motion papers at least twenty-one (21) days prior to filing them.

For the reasons set forth herein and in the accompanying papers, Varian respectfully requests that this Honorable Court grant its Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure and/or 35 U.S.C. § 285. A proposed Order of Court is attached.

Dated: January 16, 2008

       Respectfully submitted,

       ORRICK, HERRINGTON & SUTCLIFFE LLP

       By: /s/ *Matthew H. Poppe*
       William L. Anthony, Jr. (admitted *pro hac vice*) (CA 106908)
       Matthew H. Poppe (admitted *pro hac vice*) (CA 177854)
       Zheng (Jen) Liu (admitted *pro hac vice*) (CA 229311)
       1000 Marsh Road
       Menlo Park, CA 94025
       (650) 614-7400
       (650) 614-7401 (fax)
       wanthony@orrick.com
       mpoppe@orrick.com
       jenliu@orrick.com

       PICADIO SNEATH MILLER & NORTON, P.C.

       Henry M. Sneath, Esquire
       hsneath@psmn.com
       Pa. I.D. No. 40559
       Shannon M. Clougherty, Esquire
       sclougherty@psmn.com
       Pa. I.D. No. 88586
       600 Grant Street, Suite 4710
       Pittsburgh, PA 15219
       (412) 288-4000 [T]
       (412) 288-2405 [F]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND/OR 35 U.S.C. § 285** was served upon the University of Pittsburgh and Morgan Lewis & Bockius, LLP either individually or through counsel via:

|  |  |
|---|---|
| __X__ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| _____ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

> Rita E. Tautkus
> Morgan Lewis & Bockius, LLP
> One Market – Spear Street Tower
> San Francisco, CA 94105
> rtautkus@morganlewis.com

Dated: January 16, 2008         _____

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND/OR 35 U.S.C. § 285** was served upon the University of Pittsburgh and Morgan Lewis & Bockius, LLP either individually or through counsel via:

|  |  |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| ____X____ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA 94105
rtautkus@morganlewis.com

Dated: March 20, 2008

/s/Matthew H. Poppe
Matthew H. Poppe

OHS West:260358294.1